MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-365-RS |
| Plaintiff, ) | STIPULATION FOR REASSIGNMENT |
| v. ) | |
| NIYAH EDWARDS, ) | |
| Defendant. ) | |

    1.    On April 27, 2011, the defendant was charged by criminal complaint with criminal contempt, in violation 18 U.S.C. § 401(3). The complaint alleged a six month maximum sentence related to the alleged violation of 18 U.S.C. § 401(3).

    2.    On June 7, 2011, the government filed a single-count Information alleging that the defendant violated an order of this court. Specifically, the information alleged that the defendant violated the conditions of her release that were imposed by Magistrate Judge Spero on October 4, 2010.

    3.    On June 7, 2011, Magistrate Judge Spero indicated that he would retain the case as the government stated it would file the misdemeanor Information. (Dkt. No. 9).

    4.    The Information filed by the government alleged, as a maximum penalty, six months incarceration. The government intended the Information to classify the offense as a

*Stipulation to Continue*
*Case No. 11-cr-365-RS*

misdemeanor, as violations of 18 U.S.C. § 401(3) could be classified as either misdemeanor or felony.  United States v. Broussard, 611 F.3d 1069 (9th Cir. 2010).  The parties stipulate that, in accordance with the terms of the Information, the maximum term of incarceration for this violation is six months.

     5.     The parties further stipulate, and request, that this case be reassigned to Magistrate Judge Spero for disposition because the order at issue, and which the government alleges the defendant violated, was issued by Judge Spero, who has a familiarity of the facts of this matter.

                                                 Respectfully submitted,
                                                 MELINDA HAAG
                                                 United States Attorney

Dated: June 23, 2011                      */s/Thomas M. Newman*
                                                 THOMAS M. NEWMAN
                                                 Assistant United States Attorney
                                                 Tax Division

Dated: June 23, 2011                      /s/
                                                 MARK GOLDROSEN
                                                 Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  6/29/11                                                 _____
                                                 RICHARD SEEBORG
                                                 United States District Judge